**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE HOUSEHOLD GOODS MOVERS ANTITRUST LITIGATION | MDL DOCKET No. 1865 |
| DONALD J. BEACH, et al., Individually and on Behalf of All Others Similarly Situated, Plaintiffs, v. ATLAS VAN LINES, INC., et al., Defendants. | No. 2:07-cv-764-DCN |
| GARY MOAD, et al., Individually and on Behalf of All Others Similarly Situated, Plaintiffs, v. ATLAS VAN LINES INC., et al., Defendants. | No. 2:07-cv-2861-DCN |
| ROBERT E. BOONE, JR., Individually and on Behalf of All Others Similarly Situated, Plaintiffs, v. ATLAS VAN LINES, INC., et al., Defendants. | No. 2:08-cv-486-DCN **ORDER** |

This matter is before the Court on the parties' Joint Motion for a Stay pending resolution of the interlocutory appeal of this Court's September 10, 2009 Order (Doc. No. 172) currently before the United States Court of Appeals for the Fourth Circuit. This Court, having considered the papers filed in connection with the aforementioned motion, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT the Joint Motion for a Stay Pending Interlocutory

1

Appeal is GRANTED. All proceedings before this Court are hereby stayed pending resolution of the appeal by the United States Court of Appeals for the Fourth Circuit, including resolution of any petitions for rehearing en banc.

DATED: January 21, 2010
Charleston, South Carolina

_____
David C. Norton
Chief United States District Judge